# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| SANDY ESTUPINAN NUNEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN OF THE ERO EL PASO | § | |
| EAST MONTANA; MARY DE ANDA- | § | |
| YBARRA, FIELD OFFICE DIRECTOR | § | |
| OF THE EL PASO IMMIGRATION | § | |
| AND CUSTOMS ENFORCEMENT | § | No.  3:26-CV-01212-LS |
| OFFICE; TODD LYONS, ACTING | § | |
| DIRECTOR OF UNITED STATES | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; MARKWAYNE | § | |
| MULLIN, SECRETARY OF THE | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY; TODD | § | |
| BLANCHE, ACTING ATTORNEY | § | |
| GENERAL OF THE UNITED STATES; | § | |
| US IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; EXECUTIVE | § | |
| OFFICE FOR IMMIGRATION | § | |
| REVIEW; AND DEPARTMENT OF | § | |
| HOMELAND SECURITY, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 3.

**SIGNED** and **ENTERED** on April 30, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

2